31 P.3d 244

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**July 18, 2001**

| 22723, 22724 | Doe Children, In re | Affirmed |
|---|---|---|

**July 31, 2001**

| 23553 | Bullard v. Administrative Director of Courts | Affirmed |
|---|---|---|

**August 21, 2001**

| 23497 | State v. Cooper | Affirmed |
|---|---|---|